# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Cameron Lee Hinton                                       Docket No. 5:06-CR-130-1H

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cameron Lee Hinton, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 5, 2006, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months. On February 14, 2013, pursuant to a 2255 Motion, the sentence was reduced to 77 months (Time Served), followed by a term of 36 months supervised release under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

Cameron Lee Hinton was released from custody on February 14, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During the initial office visit on February 22, 2013, Hinton tested positive for the use of marijuana. He ultimately admitted to using the substance prior to his release from incarceration. Based upon untruthful information he provided to the probation officer during this interview, Hinton was referred to for Moral Reconation Therapy (MRT). On April 4, 2013, Hinton tested positive for the use of cocaine. He was also reprimanded for missing drug tests on March 1, 2013, and March 21, 2013. As a result of his drug use and missed urine screens, Hinton has been referred to HOPE

Cameron Lee Hinton
Docket No. 5:06-CR-130-1H
Petition For Action
Page 2

Court. It is respectfully recommended that his conditions of supervision be modified to include participation in Cognitive Behavioral Therapy and the DROPS Program, both of which are requirement of HOPE Court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: April 5, 2013 |

## ORDER OF COURT

Considered and ordered this 8th day of April, 2013, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge